THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST J. HASENFUSS, Appellant, against JOHN L. VAN DE MARK, as Superintendent of Rochester State Hospital, Respondent.

Submitted January 5, 1948; decided January 15, 1948.

*Ernest J. Hasenfuss,* in person, for motion.

No one opposed.

Motion dismissed on the ground that the order sought to be appealed from is not a final determination and no appeal therefrom can be taken to this court.